# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERNESTINE ELLIOTT, individually and as Personal Representative of the Estate of KATRINA M. COOK,<br><br>Plaintiff,<br><br>v.<br><br>GARY, WILLIAMS, PARENTI, WATSON AND GARY, P.L.L.C., WILLIE E. GARY, CHANTHINA B. ABNEY, and LERONNIE MASON,<br><br>Defendants. | CIVIL ACTION NO. 1:20-cv-05283 |

## STIPULATION AND ORDER OF DISMISSAL AND ORDER OF DISMISSAL

Plaintiff Ernestine Elliott and Defendants Gary, Williams, Parenti, Watson and Gary, P.L.L.C., Willie E. Gary, Chanthina B. Abney, and LeRonnie Mason hereby stipulate and agree under Fed. R. Civ. P. 41(1)(A)(ii) that this action is hereby dismissed with prejudice.

Dated: September 28, 2022

1

| | |
|---|---|
| **THE GRIFFITH FIRM** | **THE SUMMERVILLE FIRM, LLC** |
| */s/ Edward Griffith* | */s/ Meredith C. Kincaid* |
| (admitted *pro hac vice*) | Darren Summerville |
| 45 Broadway, Suite 2200 | Georgia State Bar No. 691978 |
| New York, New York 10006 | darren@summervillefirm.com |
| (646) 645-3784 (mobile) | Meredith C. Kincaid |
| eg@thegriffithfirm.com | Georgia Bar No. 148549 |
| | meredith@summervillefirm.com |
| *Todd K. Maziar* | 1226 Ponce De Leon Ave NE |
| Ga. Bar No. 479860 | Atlanta, GA 30306 |
| P.O. Box 56205 | Telephone: (770) 635-0030 |
| Atlanta, Ga. 30343 | Facsimile: (770) 635-0029 |
| (404) 355-3444 | |
| | ***Counsel for Defendants*** |
| ***Counsel for Plaintiff*** | |

SO ORDERED under Fed. R. Civ. P. 41(a)(2), this \_\_\_\_ day of September 2022,

_____
Timothy C. Batten, Sr.
Chief United States District Judge