# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERNESTINE ELLIOT, individually and as the personal representative of the estate of Katrina M. Cook, <br><br> Plaintiff, <br><br> v. <br><br> GARY, WILLIAMS, PARENTI, WATSON AND GARY, P.L.L.C., WILLIE E. GARY, CHANTHINA B. ABNEY, and LERONNIE MASON, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:20-cv-5283-TCB |

## CONSENT JUDGMENT

Plaintiff Ernestine Elliott and Defendants Gary, Williams, Parenti, Watson and Gary, P.L.L.C., Willie E. Gary, Chanthina B. Abney, and LeRonnie Mason jointly submit this consent judgment, stating as follows:

1. Plaintiff Ernestine Elliott initiated the above captioned

action in the U.S. District Court for the Northern District of Georgia on December 30, 2020.

2. The parties mediated this matter on August 13, 2022, where they reached agreement for resolution of this matter, the full terms and conditions of which are set forth in the document entitled "Confidential Settlement Agreement and Mutual Release," effective as of August 31, 2022.

3. The parties' Confidential Settlement Agreement and Mutual Release is conditioned upon agreement to a consent judgment (a/k/a "pocket judgment") that might be entered and effectuated by Plaintiff, in accordance with certain provisions of the Confidential Settlement Agreement and Mutual Release. If Defendants comply with the obligations set forth in more detail in the Confidential Settlement Agreement and Mutual Release, Plaintiff shall have no right to file, make public, or effectuate this Consent Judgment.

4. To that end, the parties hereby submit this Consent Judgment, which shall apply to and be binding on all parties, and their successors, assigns, heirs, beneficiaries, executors, administrators,

estates, insurers, and re-insurers.

5.  The parties request that the Court retain jurisdiction to the extent necessary to enforce the terms of this Consent Judgment and to address any other matters arising out of or regarding this Consent Judgment.

6.  This Consent Judgment may be modified only upon written consent by all parties, and the approval of the Court.

7.  This Consent Judgment shall be construed and interpreted in accordance with the laws of the State of Georgia and without giving effect to the principles of conflict of laws and shall be construed as if the parties jointly prepared it and any uncertainty or ambiguity shall not be construed or interpreted against the party actually preparing it.

8.  The parties stipulate and agree to entry of this Judgment as outlined.

***

Having considered the foregoing and all matters of record, and for good cause shown,

IT IS HEREBY ORDERED AND ADJUDGED that Judgment in

the amount set forth in the Confidential Settlement Agreement and Mutual Release, less any payments already made, be entered against GARY, WILLIAMS, PARENTI, WATSON AND GARY, P.L.L.C. and subject to execution.

AND HAVING CONSIDERED the evidence concerning Defendants' default under the Confidential Settlement Agreement and Mutual Release as set forth in the declaration of Ms. Elliott's counsel, Edward Griffith, and the exhibits thereto, the Court hereby enters judgment against Defendant Gary, Williams, Parenti, Watson and Gary, P.L.L.C. in the amount of $579,403.13 plus interest at the federal post-judgment interest rate.

IT IS SO ORDERED this 21st day of February, 2023.

  
_____  
Timothy C. Batten, Sr.  
Chief United States District Judge