# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Ernestine Elliott | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:20-cv-5283-TCB |
| Gary, Williams, Parenti, Watson and Gary, P.L.L.C. | ) |
| *Defendant* | ) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __02/21/2023__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 4/4/2023

KEVIN P. WEIMER
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*