# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERNESTINE ELLIOT, individually and as the personal representative of the estate of Katrina M. Cook,<br><br>    Plaintiff,<br><br>v.<br><br>GARY, WILLIAMS, PARENTI, WATSON AND GARY, P.L.L.C., WILLIE E. GARY, CHANTHINA B. ABNEY, and LERONNIE MASON,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-5283-TCB |

# **O R D E R**

Pursuant to Local Rule 67.1(A), the Clerk of Court is directed to deposit the $102,073.63 received from Truist Bank into the Court's registry.[1]

IT IS SO ORDERED this 5th day of June, 2023.

_____
Timothy C. Batten, Sr.
Chief United States District Judge

---

[1] Plaintiff should consult Local Rule 67.1(C) for instructions about how to disperse funds received by the Court pursuant to a judgment.